1  ANTHONY M. BARNES, SBN 199048
Email: amb@atalawgroup.com
2  JASON R. FLANDERS, SBN 238007
Email: jrf@atalawgroup.com
3  AQUA TERRA AERIS (ATA) LAW GROUP
4  4030 Martin Luther King Jr. Way
Oakland, CA 94609
5  Telephone: (917) 371-8293

6

7  *Attorney for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

8

9              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  CALIFORNIA SPORTFISHING PROTECTION     Case No.: 4:21-cv-03675-DMR
     ALLIANCE, a non-profit corporation,

13                                                **NOTICE OF TENTATIVE SETTLEMENT**
                           Plaintiff,

14
              vs.
15
     BRAGG INVESTMENT COMPANY, INC.,
16   doing business as BRAGG CRANE SERVICE, a
     California corporation,
17

18                         Defendant.

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that the parties have reached a *tentative* settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," a copy of which has been sent to the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") for a 45-day review period as required under section 135.5 of Title 40 of the Code of Federal Regulations.  Plaintiff will provide the Court with the written notice of commencement of the 45-day review period once Plaintiff receives that notice from DOJ.  At the end of the 45-day review period, Plaintiff will notify the Court of any objections received from the reviewing agencies and will submit the proposed Consent Decree for consideration and approval by this Court.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

DATED: June 16, 2021

                                             /s/Anthony M. Barnes
                                        Anthony M. Barnes
                                        Aqua Terra Aeris Law Group
                                        Attorneys for Plaintiff
                                        CALIFORNIA SPORTFISHING
                                        PROTECTION ALLIANCE

2
NOTICE OF TENTATIVE SETTLEMENT