1  ANTHONY M. BARNES, SBN 199048
   Email: amb@atalawgroup.com
2  JASON R. FLANDERS, SBN 238007
   Email: jrf@atalawgroup.com
3  AQUA TERRA AERIS (ATA) LAW GROUP
4  4030 Martin Luther King Jr. Way
   Oakland, CA 94609
5  Telephone: (917) 371-8293

6  Attorney for Plaintiffs
7  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation, | Case No.: 4:21-cv-03675-DMR |
|---|---|
| Plaintiff, | **NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |
| vs. | |
| BRAGG INVESTMENT COMPANY, INC., doing business as BRAGG CRANE SERVICE, a California corporation, | |
| Defendant. | |

1   WHEREAS, on June 14, 2021, California Sportfishing Protection Alliance ("Plaintiff") and
2   Defendant Bragg Investment Company, Inc. ("Defendant") (collectively, "the Parties") agreed on a
3   tentative settlement resolving the issues raised in Plaintiffs' complaint; and

4   WHEREAS, on June 16, 2021, Plaintiffs filed a Notice of Tentative Settlement and requested
5   the Court not sign the Consent Decree until a mandatory period for comment by the United States
6   had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal
7   Regulations, title 40, section 135.5 (ECF #9); and

8   WHEREAS, on June 18, 2021, Plaintiff filed a Notice of Commencement of 45-Day Review
9   Period, which advised the Court that the United States had acknowledged receipt of the Consent
10  Decree and would notify the Court of any objections to the Consent Decree by June 14, 2021, (ECF
11  #18); and

12  WHEREAS, on July 27, 2021, the United States Department of Justice notified Plaintiff via
13  electronic mail that the United States does not object to the Court's entry of the Consent Decree into
14  judgment; as the Agencies have indicated that they have no objection to entry, the Court may now
15  enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to
16  enforce the terms of the [Proposed] Consent Decree if necessary.

17  WHEREAS, on July 27, 2021, Plaintiff submitted a [Proposed] Consent Decree to the Court
18  for approval and entry.

19  THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true
20  and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent
21  Decree as judgment.

DATED: 7/27/2021

s/Anthony M. Barnes
_____
Anthony M. Barnes
Attorneys for Plaintiff